IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| BYSIL DOE | : | No. 18-315-11 |

## O R D E R

AND NOW, this 28th day of August, 2020, upon consideration of Bysil Doe's Motion for Release from Custody (Doc. No. 368); the Government's response thereto (Doc. No. 369); a hearing and oral argument held on July 20, 2020; and the Government's supplemental letter dated July 22, 2020;[1] it is **ORDERED** that the Motion for Release (Doc. No. 368) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] At the hearing and oral argument, the Court provided both parties with the opportunity to file supplemental briefing. Mr. Doe has represented to the Court that he does not intend to file any additional submissions.